UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LIONEL VALENCIA RUIZ,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>L.J. MILSUNIC, Warden, et al.,<br><br>　　　　Defendants. | No. 5:20-cv-00102-SVW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Second Amended Complaint (Dkt. 7), the Order to Show Cause (Dkt. 8), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 10). Plaintiff did not file any timely written objections to the report. The Report and Recommendation is approved and accepted.

　　　Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this case without prejudice.

Dated: ___December 3, 2020___

_____
STEPHEN V. WILSON
United States District Judge