JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LIONEL VALENCIA RUIZ, | No. 5:20-cv-00102-SVW (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| L.J. MILSUNIC, Warden, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 3, 2020

STEPHEN V. WILSON
United States District Judge